**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>GRAYSON COUNTY, TEXAS; TOM WATT, in his individual capacity; and WILLIAM A. BENNIE, in his official capacity as Sheriff of Grayson County,<br><br>*Defendants.* | CIVIL ACTION NO. 4:24-cv-00828-ALM |

**AGREED FINAL JUDGMENT**

1. On July 31, 2025, the Parties reached a settlement and agreed to certain terms and conditions (the "Settlement Agreement"), including the continued enforcement of the Stipulated Order for Permanent Injunction (Dkt. #31) entered by the Court on March 13, 2025 (the "Permanent Injunction"). The Parties agree that the Settlement Agreement noted that it did not affect or alter the Stipulated Order for Permanent Injunction (Dkt. #31), which should remain in place. The Settlement Agreement otherwise fully resolved the claims asserted in this suit. The Parties agree and re uest,that the Court should adopt and approve this Agreed Final Judgment, which resolves all claims alleged by HRDC in this case.

2. The Parties agree under Rule 41(a)(1)(A)(ii) that HRDC's claims against Defendants are accordingly dismissed with prejudice. This Court retains jurisdiction of this action to enforce the terms of the Settlement Agreement and the Stipulated Order for Permanent Injunction (Dkt. #31).

3. The Settlement Agreement was acknowledged in connection with the Parties Motion for Agreed Final Judgment, and is incorporated by reference into this Order.

4. For the foregoing reasons, all claims by all parties in this action are DISMISSED WITH PREJUDICE; this case is CLOSED; and, this Court retains jurisdiction to enforce the Settlement Agreement and the Stipulated Order for Permanent Injunction (Dkt. #31). If reopening of the action to enforce the Settlement Agreement or the Stipulated Order for Permanent Injunction (Dkt. #31) becomes necessary, it shall be reopened as though it had never been closed.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of August, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE